FILED IN
COURT OF CRIMINAL APPEALS

July 10, 2015

ABEL ACOSTA, CLERK

PD-0123-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 7/9/2015 4:46:15 PM
Accepted 7/10/2015 8:54:53 AM
ABEL ACOSTA
CLERK

No. PD-0123-15

IN THE COURT OF CRIMINAL APPEALS

OF THE STATE OF TEXAS

JAMES FERNANDEZ,                                                    Appellant

v.

THE STATE OF TEXAS,                                                Appellee

Appeal from Val Verde County

\* \* \* \* \*

**STATE PROSECUTING ATTORNEY'S**

**NOTICE OF APPEARANCE**

\* \* \* \* \*

LISA C. McMINN
State Prosecuting Attorney
Bar I.D. No. 13803300

JOHN R. MESSINGER
Assistant State Prosecuting Attorney
Bar I.D. No. 24053705

P.O. Box 13046
Austin, Texas 78711
512/463-1660 (Telephone)
512/463-5724 (Fax)
information@spa.texas.gov

No. PD-0123-15

IN THE COURT OF CRIMINAL APPEALS

OF THE STATE OF TEXAS

JAMES FERNANDEZ,                                                    Appellant

v.

THE STATE OF TEXAS,                                                Appellee

\* \* \* \* \*

**STATE PROSECUTING ATTORNEY'S**

**NOTICE OF APPEARANCE**

\* \* \* \* \*

TO THE HONORABLE COURT OF CRIMINAL APPEALS:

The State Prosecuting Attorney respectfully submits its Notice of Appearance in the above entitled and numbered cause, pursuant to Texas Rules of Appellate Procedure 6.1 and 6.2. "The state prosecuting attorney may . . . represent the state in any stage of a criminal case before a state court of appeals if [s]he considers it necessary for the interest of the state." TEX. GOV'T CODE § 42.001(a). Though her authority to appear in this Court is not dependent on a request from a district or county attorney, *Aguirre v. State*, 22 S.W.3d 463, 465 (Tex. Crim. App. 1999), the

1

District Attorney Pro Tem, Melissa Hargis, has agreed to this representation.

## **PRAYER**

WHEREFORE, the State prays that the State Prosecuting Attorney's Notice of

Appearance as the attorney of record be noted on the docket.

Respectfully submitted,

LISA C. McMINN
State Prosecuting Attorney
Bar I.D. No. 13803300

/s/ John R. Messinger
JOHN R. MESSINGER
Assistant State Prosecuting Attorney

P.O. Box 13046
Austin, Texas 78711
John.Messinger@SPA.Texas.gov
512/463-1660 (Telephone)
512/463-5724 (Fax)

**CERTIFICATE OF SERVICE**

The State Prosecuting Attorney's Notice of Appearance has been eFiled with the Court on the 9th day of July, 2015, and served electronically on each of the following:

Melissa Hargis
Assistant Attorney General
District Attorney Pro Tem
Office of the Attorney General
Austin, TX 78711
melissa.hargis@texasattorneygeneral.gov

James Gerard McDermott, II
8140 N. Mopac
Westpark 4, Suite 250
Austin, TX 78759
james@centraltexaslawyers.com

   /s/ John R. Messinger
JOHN R. MESSINGER
Assistant State Prosecuting Attorney